# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

April 18, 2017

155476

WALTER EDWARD HARRINGTON,

     Plaintiff-Appellant,

v

                                         SC: 155476
                                         COA: 335420

COOPER STREET CORRECTIONAL
FACILITY WARDEN,

     Defendant-Appellee.
_____/

     On order of the Chief Justice, plaintiff-appellant having failed to acknowledge an obligation to pay the filing fee as required by the order of March 22, 2017, the Clerk of the Court is hereby directed to close this file.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2017                        

jam                                              Clerk